THE STATE OF KANSAS, *Appellee,* v. F. H. MURPHY,
*Appellant.*
No. 16,835.

Appeal from Seward district court.   Opinion filed
October 8, 1910.   Affirmed.

*F. S. Macy, J. P. McLaughlin,* and *Waters & Waters,*
for the appellant.

*Fred S. Jackson,* attorney-general, *John Marshall,*
assistant attorney-general, and *Charles D. Shukers,*
special assistant attorney-general, for the appellee.

*Per Curiam:* The evidence objected to did not tend to prove
another crime.   Only one place was in question, and that was
fully identified.   It will not be assumed that the court's remark
addressed to counsel in ruling on the admissibility of this evi-
dence was prejudicial, and any possibility of injury to the ap-
pellant's substantial rights was removed by the instructions to
the jury.   While generally an instruction like the seventeenth
should not be given, prejudice will not be presumed, and none
appears.   The eighth and ninth instructions have been ap-
proved many times.   The affidavit relating to the conduct of the

county attorney does not pretend to describe the odors emitted, when the bottle was broken and consequently does not show that the jury gained any information thereby damaging to the appellant.

The judgment of the district court is affirmed.